1  FRANK E. MERIDETH, JR. (46266)
   GREENBERG TRAURIG, LLP
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
3  Tel: (310) 586-7825 Fax: (310) 586--275
4  meridethf@gtlaw.com

5  Attorneys for Defendants THE FIRST
   AMERICAN CORPORATION,
6  FIRST AMERICAN TITLE INSURANCE
   COMPANY, and UNITED GENERAL
7  TITLE INSURANCE COMPANY
8  (acting on behalf of the Defendants
   listed below for purposes of this stipulation)
9
   DONALD AMAMGBO, (164176)
10 7901 OAKPORT, SUITE 4900
   OAKLAND, CA 94621
11 Tel: (510) 615-6000 Fax: (510) 615-6025
12 Donald@Amamgbolaw.com

13 REGINALD TERRELL
   THE TERRELL LAW GROUP
14 223 25TH STREET
   RICHMOND 94804
15 Tel: (510) 237-9700 Fax: (510) 237-4616
16
   Attorneys for Plaintiff Lisa Blackwell
17

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BLACKWELL, on Behalf of herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL FINANCIAL, INC., *et al.*,<br><br>Defendants. | CASE NO. CV 08-01928 MEJ<br><br>Assigned Judge: Hon. Maria-Elena James<br><br>**STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT** |

WHEREAS, on April 11, 2008, Plaintiff filed a Complaint seeking recovery under the Sherman Act, Cal. Bus. and Prof. Code §§ 16720, *et seq.*, Cal. Bus. and Prof. Code §§ 17200, *et seq.*, and alleging unjust enrichment;

WHEREAS, on April 11, 2008, this Court issued an Order setting forth various deadlines regarding initial case management conference and ADR deadlines (the "Initial Scheduling Order"); and

WHEREAS, not all of the Defendants have yet retained local counsel admitted in the Northern District of California, but have authorized counsel for Defendant First American Corporation to file this Stipulation;

WHEREAS, this action is one of sixty-four (64) actions recently filed in district courts across the country that are the subject of a pending Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed with the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") in *In re Title Insurance RESPA and Antitrust Litigation* (the "MDL Motion"), and that motion is scheduled for argument before the J.P.M.L. on May 29, 2008; and

WHEREAS, Defendants believe that judicial economy and efficiency will be promoted by extending the existing deadlines in this case pending a determination of the MDL Motion, and therefore, have requested an extension of time of 45 days after the ruling by the J.P.M.L. on the MDL Motion within which to move against, answer or otherwise respond to the Complaint, and have requested to adjourn the deadlines set forth in the Court's Initial Scheduling Order; and

WHEREAS, Plaintiff's counsel has agreed to these requests;

NOW THEREFORE, the undersigned parties through their respective counsel stipulate and respectfully request on behalf of all Defendants that the Court order as follows:

1. The attorneys for the following Defendants hereby accept service of the Complaint on behalf of those Defendants.

     Greenberg Traurig, LLP: The First American Corporation, First American Title Insurance Company, and United General Title Insurance Company.

     Simpson Thacher & Bartlett, LLP: Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Chicago Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, and Security Union Title Insurance Company.

     Fulbright & Jaworski, LLP and Sidley Austin, LLP: Stewart Title Guaranty Company and Stewart Title Insurance Company.

     Severson & Werson and Sutherland Asbill & Brennan, LLP: Landamerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance Company.

     Dewey & Leboeuf, LLP: National Title Insurance of New York, Inc.

     2.    The time for all Defendants listed in Paragraph 1 above to move against, answer or otherwise respond to the Complaint shall be extended until 45 days following the determination of the pending MDL Motion by the J.P.M.L.

     3.    The June 26, 2008 deadline set forth in this Court's Initial Scheduling Order for the Rule 26(f) conference and ADR process selection, shall be extended until 30 days following the determination by the J.P.M.L. of the pending MDL Motion, with corresponding extensions of the additional deadlines set forth in the Initial Scheduling Order.

     Defendants reserve their rights to move for a stay of all proceedings in this action until the J.P.M.L. determines the pending MDL Motion, or to request further extensions of this deadline, and Plaintiff reserves her rights to oppose such motion or request.

     Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer of this action or coordination or consolidation of this action with any other action.

This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Dated: May 22, 2008

Respectfully Submitted,

GREENBERG TAURIG, LLP

By _____
FRANK E. MERIDETH, JR.
Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY (acting on behalf of the Defendants listed below for purposes of this stipulation)

*Of Counsel*:
GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY

4
STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT

SIMPSON THACHER & BARTLETT, LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

Attorneys for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, and SECURITY UNION TITLE INSURANCE COMPANY


FULBRIGHT & JAWORSKI, LLP
Mark A. Robertson
David Foster
George Gasper
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Facsimile: 212-318-3400
mrobertson@fulbright.com
dfoster@fulbright.com
ggasper@fulbright.com

- and -

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT

SIDLEY AUSTIN, LLP
Samuel R. Miller
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400
srmiller@sidley.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
and STEWART TITLE INSURANCE
COMPANY


SEVERSON & WERSON
Mark Joseph Kenney (SBN 87345)
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 677-5505
Facsimile: (415) 956-0439
mjk@severson.com

Attorneys for Defendants LANDAMERICA
FINANCIAL GROUP, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, LAWYERS TITLE
INSURANCE CORPORATION, and
TRANSNATION TITLE INSURANCE
COMPANY


*Of Counsel*:
SUTHERLAND ASBILL & BRENNAN, LLP
Phillip Stano
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Telephone: (202) 383-0261
Facsimile: (202) 637-3539
Philip.stano@sablaw.com

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Defendants LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, and TRANSNATION TITLE INSURANCE COMPANY |

Attorneys for Defendants LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, and TRANSNATION TITLE INSURANCE COMPANY

DEWEY & LEBOEUF, LLP
Margaret A. Keane
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
mkeane@dl.com

Attorneys for Defendant NATIONAL TITLE INSURANCE OF NEW YORK, INC

Dated: May 22nd, 2008        By: _____
                              Donald Amamgbo
                              123 Oakport, Suite 4900
                              Oakland, CA 94621
                              Telephone: (510) 615-6000
                              Facsimile: (510) 615-6025


THE TERRELL LAW GROUP
Reginald Terrell
223 25th Street
Richmond 94804
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

Attorneys for Plaintiff Lisa Blackwell

1  The CMC is continued to September 25, 2008 at 10:00 a.m.

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  DATED: 5/23/2008        _____
5                                              HON. MARIA-ELENA JAMES