AMAMGBO & ASSOCIATES
DONALD AMAMGBO, ESQ.
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025

REGINALD TERRELL
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616
Email: reggiet2@aol.com

Attorneys for Plaintiff
Lisa Blackwell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN BARTON, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>Defendants.<br><br>**This document relates to:**<br><br>LISA BLACKWELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.<br><br>Defendants. | Case No.: 08-CV-01341<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rule 3-12)**<br><br>_____<br><br><br>Case No.: 08-CV-01928 MEJ |

1
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that a related case, <u>Lisa Blackwell, On Behalf Of Herself And All Others Similarly Situated v. Fidelity National Financial Inc., et al.</u> ("<u>Blackwell</u>") was filed on April 11, 2008, in the United States District Court for the Northern District of California. Pursuant to Civil Local Rules 3-12(b) of the United States District Court of the Northern District of California, Plaintiff Lisa Blackwell ("Plaintiff") submits this Administrative Motion to Consider Whether Cases Should Be Related to the <u>Lynn Barton v. Fidelity National Financial, Inc., et al.</u> Case Number: 08-CV-01341 JSW, filed March 10, 2008, the low number action also pending in this District. That action has been assigned to the Honorable Jeffrey S. White. In addition to the Barton action, the other related action pending in this District is <u>Lisa Gentilcore v. Fidelity National Financial, Inc. et al.</u>, Case Number 08-CV-01374 JSW, filed on March 11, 2008, also assigned to the Honorable Jeffrey S. White. The <u>Barton</u> and <u>Gentilcore</u> actions were ordered related on April 10, 2008.

These actions involve substantially the same transactions, events, questions of law, and allege essentially the same violations of federal and California state antitrust law as well as violations of California Unfair competition law against substantially the same defendants. These actions allege that defendants conspired to fix the price of title insurance sold in California and that defendants agreed not to compete, based on price, thereby harming consumers who purchased and or refinanced real estate located in California. Those actions assert substantially the same rights on behalf of consumers who purchased title insurance directly from defendants.

It appears likely there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if the cases are hear before different judges.

Given the similarities of these actions, assignment of these cases to a single Federal District Court Judge will conserve judicial resources and promote efficient determination of the actions while avoiding potentially conflicting results. The same efficiencies will occur if the Court relates Blackwell to <u>Lynn Barton v. Fidelity National Financial, Inc</u>. All three cases pending in this District are at a preliminary state and, thus, assignment to a single judge would not prejudice any of the parties. Accordingly, Plaintiff Lisa Blackwell respectfully request that the action entitled

1  Blackwell v. Fidelity National Financial, Inc., et al be deemed related to Lynn Barton v. Fidelity
2  National Financial, Inc., the first filed case in this District and that is presently assigned to the
3  Honorable Jeffrey S. White.

DATED: 7/25/08

AMAMGBO & ASSOCIATES
THE TERRELL LAW GROUP

By: /s/ Reginald Terrell
Reginald Terrell


AMAMGBO & ASSOCIATES
DONALD AMAMGBO, ESQ.
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025


REGINALD TERRELL
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616
Email: reggiet2@aol.com


Attorneys for Plaintiff And All Others
Similarly Situated