1  AMAMGBO & ASSOCIATES
   DONALD AMAMGBO, ESQ.
2  7901 Oakport Street, Suite 4900
   Oakland, CA 94621
3  Telephone: 510-615-6000
   Facsimile: 510-615-6025
4

5  REGINALD TERRELL
   THE TERRELL LAW GROUP
6  223 25th Street
   Richmond, CA 94804
7  Telephone: 510-237-9700
   Facsimile: 510-237-4616
8  Email: reggiet2@aol.com

9
   Attorneys for Plaintiff
10 Lisa Blackwell

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

| | |
|---|---|
| 15  LYNN BARTON, on behalf of herself and all others similarly situated | Case No.: C08-1341 JSW |
| 16  Plaintiffs, | |
| 17  v. | [PROPOSED] ORDER RELATING CASES |
| 18  FIDELITY NATIONAL FINANCIAL, INC., et al., | |
| 19 | |
| 20  Defendants. | |
| 21  **This document relates to:** | Case No.: C08-cv-01928 MEJ |
| 22  Lisa Blackwell, on behalf of himself and all others similarly situated, | |
| 23  Plaintiff, | |
| 24           Plaintiff, | |
| 25      v. | |
| 26  FIDELITY NATIONAL FINANCIAL, INC., et al., | |
| 27 | |
| 28           Defendants. | |

Defendants.

On July 25, 2008, Plaintiffs in <u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ, filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that <u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ is hereby related to Barton v. Fidelity National Financial, Inc., Case No.: 08-CV-01341 JSW.

<u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ shall be reassigned to the undersigned judge pursuant to local Rule 3-12(f).

Dated: August 5, 2008

*Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Judge